| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7458283 | DATE 04/25/2025 |
|---|---|---|---|---|

| NAME OSBORNE, Taquay | OFFICER Chelsea L. Harris | JUDGE David M. Lawson | DOCKET # 21-CR-20266-01 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE 01/24/2023 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY V | TOTAL OFFENSE LEVEL 12 | PHOTO |
|---|---|---|---|---|
| COMMENCED 01/17/2025 | | | | |
| EXPIRATION 01/16/2027 | | | | |

| ASST. U.S. ATTORNEY Ranya Elzein | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT TO BE LODGED AS A DETAINER**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 27 months, to run concurrent with defendant's undischarged terms from Michigan Department of Corrections Docket numbers 17-262769-FH and 18-007059-01FC, to be followed by a 24-month term of supervised release.

Name of Sentencing Judicial Officer: Honorable George Caram Steeh. Case re-assigned to the Honorable David M. Lawson on 04/08/2025 pursuant to Local Rule 57.10.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
4. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7458283 | **DATE** 04/25/2025 |
|---|---|---|---|---|
| **NAME** OSBORNE, Taquay | **OFFICER** Chelsea L. Harris | **JUDGE** David M. Lawson | | **DOCKET #** 21-CR-20266-01 |

Criminal Monetary Penalty: Special Assessment $100.00. (Paid)

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On February 20, 2025, an officer from the Detroit (Michigan) Police Department initiated a traffic stop on a 2021 Dodge Durango, bearing Michigan license plate C848986, and the driver was identified as TAQUAY OSBORNE. He was subsequently cited for various traffic offenses. Additional information pertaining to the incident was not made available to the probation department. <br><br> OSBORNE has been charged in the 36th District Court, Detroit, Michigan with Ct. 1: Driver's License- Never Acquired (Docket No. SP16842421); Ct. 2: Disregard Signal Red (or Amber) or No Turn on Red Signal (Docket No. SP16842422); and Ct. 3: Equipment Violation- Improper or Unauthorized Equipment (Docket No. SP16842423). OSBORNE was scheduled for arraignment on March 21, 2025; however, he failed to appear and is scheduled for a Showcause hearing on June 3, 2025. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On March 12, 2025, an officer from the Detroit (Michigan) Police Department initiated a traffic stop on a 2021 Dodge Durango, bearing Michigan license plate C848986 and the driver was identified as TAQUAY OSBORNE. He was subsequently cited for various traffic offenses. On this same date, OSBORNE was again stopped by Detroit Police in a 2011 Ford, model unknown, bearing Michigan license plate 29ACA7, and he was issued two additional traffic citations. Additional information pertaining to the incidents was not made available to the probation department. <br><br> OSBORNE has been charged in the 36th District Court, Detroit, Michigan with Ct. 1: Driver's License- Never Acquired (Docket No SP16883891); Ct. 2: No Insurance Misdemeanor (Docket No. SP16883892); Ct. 3: Improper Lane Use- Roadway Divided 2 or More Marked Lanes (Docket No. SP16883893); Ct. 1: No Insurance Misdemeanor (Docket No. SP16876061); and Ct. 2: Equipment Violation- Improper or Unauthorized Equipment (Docket No. SP16876062). OSBORNE was scheduled for arraignment on all charges on April 10, 2025; however, he failed to appear and is scheduled for a Showcause hearing on June 27, 2025. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7458283 | **DATE** 04/25/2025 |
|---|---|---|---|---|
| **NAME** OSBORNE, Taquay | **OFFICER** Chelsea L. Harris | **JUDGE** David M. Lawson | | **DOCKET #** 21-CR-20266-01 |

| | |
|---|---|
| 3 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

On March 26, 2025, an officer from the Detroit (Michigan) Police Department initiated a traffic stop on a 2021 Dodge Durango, bearing Michigan license plate EYF3186, and the driver was identified as TAQUAY OSBORNE. He was subsequently cited for various traffic offenses. Additional information pertaining to the incident was not made available to the probation department.

OSBORNE has been charged in the 36th District Court, Detroit, Michigan with Ct. 1: Improper Plates (a misdemeanor) (Docket No. SP16924861); Ct. 2: Drove While License Not Valid or Improper License (Docket No. SP16924862); and Ct. 3: No Proof of Insurance (Docket No. SP16924863). OSBORNE is scheduled for arraignment on April 25, 2025.

| | |
|---|---|
| 4 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

On March 26, 2025, an officer from the Detroit (Michigan) Police Department initiated a traffic stop on a 2021 Dodge Durango, bearing Michigan license plate C848986, and the driver was identified as TAQUAY OSBORNE. He was subsequently cited for various traffic offenses. Additional information pertaining to the incident was not made available to the probation department.

OSBORNE has been charged in the 36th District Court, Detroit, Michigan with Ct. 1: Drive While License Suspended (Docket No. SP17053361); Ct. 2: Equipment Violation- Improper or Unauthorized Equipment (Docket No. SP17053381); Ct. 3: Fail to Use Seatbelt Assembly System Effective 1-1-86 (Docket No. SP17053382); Ct. 4: Improperly Displayed, Dirty Obscured Plate (Docket No. SP17053371); Ct. 5: Expired Plates (Docket No. SP17053372); and Ct. 6: No Proof of Insurance (SP17053373). OSBORNE is scheduled for arraignment on May 12, 2025.

| | |
|---|---|
| 5 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

On or about April 10, 2025, officers from the Detroit Police Department were on routine patrol, in an alley near Grand River Avenue. According to the police report, officers observed a group of individuals getting into a gray Dodge Durango. Officers observed OSBORNE entering the driver's seat, and three additional female passengers entered the vehicle. As officers continued patrolling the area, moments later they observed the same Dodge Durango traveling north of Fielding Street and noticed the temporary tag on the vehicle was obscured. Officers initiated a traffic stop. Once officers exited the patrol vehicle to approach the Durango, it fled from the traffic stop. Officers returned to their vehicle and later discovered the Durango parking on Pierson Street near Grand River Avenue, and all parties were observed running through

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7458283 | DATE 04/25/2025 |
|---|---|---|---|---|
| NAME OSBORNE, Taquay | OFFICER Chelsea L. Harris | JUDGE David M. Lawson | | DOCKET # 21-CR-20266-01 |

backyards. None of the parties were apprehended. Officers conducted an inventory search of the Durango and recovered a black Ruger LCP SR, Serial Number 379002066, with a black magazine loaded with numerous live rounds, that was in plain view on the rear right passenger floorboard. Officers determined the firearm was registered to A.P. They also recovered a cell phone that was placed near the firearm. The Durango was ultimately impounded, and officers determined that it was registered to OSBORNE. It shall be noted, that during a noncompliance meeting with OSBORNE at the probation office, he reported to this writer that his girlfriend was a female named A.P.

On April 11, 2025, OSBORNE contacted this writer via telephone, and he reported that his Dodge Durango was stolen on the night of April 10, 2025. OSBORNE alleged that was at a party and his vehicle was parked in a lot where there were no cameras, and when he attempted to return to his vehicle, it was gone. As of the date of this writing, no charges have been filed. However, based upon this criminal conduct, OSBORNE's parole agent with the Michigan Department of Corrections (MDOC) issued a warrant for his arrest on a parole violation. He was taken into custody on April 15, 2025, and is being housed at the Macomb County Correctional Facility on a pending parole violation.

6  **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."

On January 23, 2025, OSBORNE tested positive for marijuana. On April 3, 2025, OSBORNE tested positive for marijuana and alcohol.

7  **Violation of Standard Condition No. 5:** "YOU MUST LIVE AT A PLACE THAT'S APPROVED BY THE PROBATION OFFICER. IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

At the onset of supervised release, OSBORNE reported he was residing at an address on Manor Street, in Detroit (Michigan), 48238. This writer made attempts to see OSBORNE at this address on January 28, 2025, and March 27, 2025, to no avail. On March 28, 2025, this writer spoke with Agent Parker of the Michigan Department of Corrections (MDOC), who is OSBORNE's assigned state parole agent. He advised this writer that he had also made numerous attempts to meet with OSBORNE at the Manor Street address, to no avail. Specifically, on one occasion, he went to the residence on March 21, 2025, and was advised by OSBORNE's sister that he does not live there. Agent Parker contacted OSBORNE via

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7458283 | DATE 04/25/2025 |
|---|---|---|---|---|
| NAME OSBORNE, Taquay | OFFICER Chelsea L. Harris | JUDGE David M. Lawson | | DOCKET # 21-CR-20266-01 |

telephone and informed him if he could not provide a valid address, then a warrant for his arrest would be issued. OSBORNE subsequently informed his MDOC agent that he is staying at a residence on Eastburn, in Detroit, with a female friend. This information was never reported to this writer. On April 3, 2025, during a noncompliance meeting with OSBORNE, this writer addressed the discrepancies with his residence with OSBORNE, at which time he maintained he was "back and forth between houses", which was not approved by this writer.

**8** **Violation of Standard Condition No. 7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOUR PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING DO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

Since the onset of supervision, OSBORNE has failed to obtain employment or show any efforts of attempting to secure employment. This writer subsequently referred OSBORNE to the Center for Employment Opportunities (CEO) on April 3, 2025. He was immediately contacted by a job coach and OSBORNE was scheduled to attend orientation for the program on April 8 and April 9, 2025. On April 10, 2025, this writer contacted OSBORNE's assigned job coach and was advised that he failed to appear for orientation on both of the aforementioned dates.

**9** **Violation of Standard Condition No. 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."

OSBORNE failed to contact this writer to report any police contact for the aforementioned incidents listed in this Petition, in Violations No. 1, 2, 3, and 4.

**10** **Violation of Standard Condition No. 10:** "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OR CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS)."

Based upon the information listed in Violation No. 5 of this petition, OSBORNE had access to a loaded firearm and ammunition, which was in the back seat of his vehicle, unsecured.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7458283 | **DATE** 04/25/2025 |
|---|---|---|---|---|
| **NAME** OSBORNE, Taquay | | **OFFICER** Chelsea L. Harris | **JUDGE** David M. Lawson | **DOCKET #** 21-CR-20266-01 |

Specifically, a 9mm Ruger, with a black magazine loaded with numerous live rounds.

**11**    <u>**Violation of Standard Condition No. 13:**</u> "YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION."

This writer scheduled an initial home visit at his reported residence on Manor Steet in Detroit, Michigan, with OSBORNE on January 28, 2025, however, when this writer attempted to meet with OSBORNE on that date, no one answered the door. This writer again had scheduled to meet with OSBORNE at his reported residence on Manor Street, on March 27, 2025, however, when this writer came to his residence, he was not home. This writer contacted OSBORNE via telephone, and he indicated he "had to take his daughter somewhere". This writer advised OSBORNE he was to report for his therapy session on March 29, 2025, with no exceptions. This writer also directed OSBORNE to report to the probation office on April 3, 2025, at 11:00am. OSBORNE showed up for this appointment late, and smelled strongly of marijuana. He further admitted he did not attend his therapy session on March 29, 2025, citing he "thought it was for the following weekend".

**12**    <u>**Violation of Special Condition:**</u> "YOU MUST PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.)."

This writer referred OSBORNE to Shanle Psychological Services for a substance abuse and mental health assessment, which was scheduled for February 8, 2025. Following his assessment, it was recommended that OSBORNE participate in individual treatment sessions once per month, to address his substance abuse and mental health (dual diagnosis). It shall be noted that OSBORNE has a special condition in his Judgment to also participate in mental health treatment, and this condition is integrated with his special condition for substance abuse treatment, as his sessions would address both. However, OSBORNE failed to attend all scheduled sessions with his therapist following his initial assessment. Specifically, he did not attend therapy sessions on March 15, 2025; March 29, 2025; and April 12, 2025. Based on his lack of attendance and follow up, OSBORNE was discharged unsuccessfully from Shanle Psychological Services.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7458283 | **DATE** 04/25/2025 |
|---|---|---|---|---|
| **NAME** OSBORNE, Taquay | **OFFICER** Chelsea L. Harris | **JUDGE** David M. Lawson | | **DOCKET #** 21-CR-20266-01 |

| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Chelsea L. Harris/mt (313) 234-5450 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Jeffry W. Konal (313) 234-5407 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]   The Issuance of a Warrant to be Lodged as a Detainer

[ ]   Other


    s/ MATTHEW LEITMAN acting in the absence of
David M. Lawson, United States District Judges

April 25, 2025
Date